UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:

**Kenneth Lee Thomas**

Debtor(s).

**CHAPTER: 13**

**CASE NO.:18-** 42529

## STATEMENT REGARDING PAYMENT ADVICES [11 U.S.C. §521(a)(1)]

I, the undersigned debtor, hereby certify that during the 60-day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs because I am self-employed at THE TRASH MAN SANITATION, INC.

Dated: 10-26-18

/s/ Kenneth Lee Thomas
**Kenneth Lee Thomas**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:

**Kenneth Lee Thomas**

Debtor(s).

**CHAPTER: 13**

**CASE NO.:18-** 42529

## STATEMENT REGARDING PAYMENT ADVICES [11 U.S.C. §521(a)(1)]

I, the undersigned debtor, hereby certify that during the 60-day period preceding the filing of my bankruptcy petition in this case, my non-filing spouse did not receive pay stubs because she is self-employed at THE TRASH MAN SANITATION, INC.

Dated: 10-26-18

/s/ Kenneth Lee Thomas
**Kenneth Lee Thomas**