UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-42529-PWB |
| KENNETH LEE THOMAS, | ) | |
|     Debtor. | ) | CHAPTER 13 |
| | ) | |
| H-E PARTNERS, LTD, assignee of | ) | |
| SOUTHCREST BANK, successor to | ) | |
| FIRST NATIONAL BANK OF | ) | |
| POLK COUNTY, | ) | |
|     Movant, | ) | CONTESTED MATTER |
| vs. | ) | |
| | ) | |
| KENNETH LEE THOMAS, and | ) | |
| MARY IDA THOMAS, TRUSTEE, | ) | |
| represented by BRANDI L. KIRKLAND, | ) | |
| | ) | |
|     Respondents. | ) | |

### OBJECTION TO CONFIRMATION OF PLAN AND VALUATION

COMES NOW, H-E Partners, Ltd assignee of Southcrest Bank, successor to First National Bank of Polk County (hereinafter "Movant), and files this Objection to Confirmation of Plan and Valuation to be heard on **February 20, 2019 at 9:30 A.M. in Room 342, United States Courthouse, 600 East First Street, Rome, Georgia, 30161** on the following grounds:

1.

Debtor filed his Petition constituting an Order for Relief under 11 U.S.C. Chapter 13 on October 26, 2018 ("Petition Date"). Debtor filed his Chapter 13 Plan on October 4, 2016 [Doc. No. 7] (the "Plan").

2.

Debtor is indebted to the Movant by virtue of two notes secured by first and second position Deeds to Secure Debt and Commercial Security Agreements with assignment of deed to H-E

04032886-

property commonly known as 1140 Old Collard Valley Road, Aragon, GA 30104 with 9.25 acres surrounding the residence. (hereinafter the "Property").

3.

Debtors' Chapter 13 Plan indicated his intent to pay the arrearage on the first priority loan at the rate of $245.00 monthly starting in January 2019, to include November 1, 2018 payment. The loan is due for the August 1, 2018 payment, and is in pre-petition default in the amount of $12,045.00 (Loan# 9997-1157). Debtor's plan proposes to pay the arrearage with no interest, debtor's monthly payments on this debt are in the amount of $1,260.00 per month, which Debtor has failed to pay since this bankruptcy case was filed. Debtor is in arrears post-petition for three months. Debtor's second mortgage (Loan#: 9997-1156) is an adjustable rate loan, which matured under its own terms on June 5, 2018. Debtor is in default, therefore on this loan and the entire amount of the outstanding balance of $49,877.17 is due and owing. This post-maturity balance continues to accrue at the rat of 10% per month. Debtor attempts to use his plan as a vehicle to write himself a new mortgage, not rehabilitate an existing one. Debtor proposes to pay Movant the sum of $898.00 per month at 4.5% interest, which does not reflect the applicable post-maturity rate. Debtor has not made any payments on this second note since the debtor's case was filed. Movant is furthermore entitled to attorney fees with regard to each loan.

**WHEREFORE**, Movant prays that its Objection be sustained, the Chapter 13 Plan denied confirmation, and for such other and further relief as is deemed just and proper.

On this 16th day of January, 2019.

Respectfully submitted,
*MACEY, WILENSKY,& HENNINGS, LLP*

/s/ Todd E. Hennings
Todd E. Hennings, Bar No. 347302

04032886-

5500 Interstate North Parkway
Suite 435
Atlanta, GA 30328
(404) 584-1234
(404) 681-4355-facsimile
Attorneys for H-E Partners, Ltd.
assignee of Southcrest Bank, successor to
First National Bank of Polk County

04032886-

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 18-42529-PWB |
| KENNETH LEE THOMAS, ) | |
|     Debtor. ) | CHAPTER 13 |
| ) | |
| H-E PARTNERS, LTD, assignee of ) | |
| SOUTHCREST BANK, successor to ) | |
| FIRST NATIONAL BANK OF ) | |
| POLK COUNTY, ) | |
|     Movant, ) | CONTESTED MATTER |
| vs. ) | |
| ) | |
| KENNETH LEE THOMAS, and ) | |
| MARY IDA THOMAS, TRUSTEE, ) | |
| represented by BRANDI L. KIRKLAND, ) | |
|     Respondents. ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have served the foregoing *Objection to Confirmation of Plan and Valuation* via first class mail, postage prepaid, and/or by the court using the CM/ECF system, which will send an electronic e-mail notification to the parties as indicated below:

Brian R. Cahn, Esq.
Brian R. Cahn & Associates, LLC
5 S. Public Square
Cartersville, GA 30120

Kenneth L. Thomas
PO Box 526
Aragon, GA 30104
(via U.S. regular mail)

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street
Atlanta, GA 30303

Brandi L. Kirkland
c/o Mary Ida Townson
Suite 2200
191 Peachtree Street
Atlanta, GA 30303

04032886-

This 16th day of January, 2019.              *MACEY, WILENSKY & HENNINGS, LLP*

                                          /s/ Todd E. Hennings
Todd E. Hennings, Bar No. 347302
5500 Interstate North Parkway
Suite 435
Atlanta, Georgia 30328
(404) 584-1234
(404) 681-4355 *facsimile*
*Thennings@MaceyWilensky.com*
*Attorneys for H-E Partners, Ltd,*
*Assignee of Southcrest Bank, successor to*
*First National Bank of Polk County*

04032886-